OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 21, 2023

Robert M. Farrell, Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

   Re: <u>Enwonwu</u> v. <u>Moniz</u>, No. 1:18-cv-10517-ADB (D. Mass.)
     **Misdirected Notice of Appeal**

Dear Mr. Farrell:

  Enclosed is a notice of appeal in the above-referenced case that was mistakenly filed by Francis Enwonwu in this court on April 26, 2023. I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d). Please treat this notice as a duplicate if this pleading has already been filed in your court.

             Sincerely,

             Maria R. Hamilton, Clerk

cc: Francis Enwonwu
   # 1805110
   Cumberland County Jail
   50 County Way
   Portland, ME 04102

PT; gk