ENWONWU, FRANCIS OKWRA
CUMBERLAND COUNTY JAIL
UNIT B3/ 10# 601144
50 COUNTY WAY
PORTLAND, MAINE 04102

SO. MAINE PEDC 011
24 APR 2023 PM 3 L



THIS CORRESPONDENCE IS FROM THE CUMBERLAND COUNTY JAIL CORRECTIONAL FACILITY

SCREENED
USMS

To: OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

* LEGAL *
* MAIL *
4/24/2023

02210-302599

B3



© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

BSC MIX Envelope FSC® C137131

* LEGAL *
* MAIL *
4/24/2023

* LEGAL *
* MAIL *
4/24/2023

LEGAL DOCUMENT